■ JOHN M. BISACCIA, Respondent, v PAUL DONOHUE, Appellant.—In an action to recover damages for defamation, the defendant appeals from so much of an order of the Supreme Court, Westchester County (Nastasi, J.), dated November 12, 1987, as denied his motion for summary judgment.

Ordered that the appeal is dismissed, without costs or disbursements, for failure to perfect the same in accordance with the rules of this court (22 NYCRR 670.20 [d], [f]). Lawrence, J. P., Sullivan, Harwood and Balletta, JJ., concur.